THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, (JACK HOOG-ASIAN, Contemner-Appellant), *v.* ROBERT COLLIER, Defendant-Appellee.

(No. 71-117; 

Second District—May 10, 1972.

Opinion by Mr. JUSTICE GUILD.

Jack Hoogasian, State's Attorney, of Waukegan, (E. Thomas Lang, Assistant State's Attorney, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HARRY C. WHITE, Defendant-Appellant.

(No. 71-55; 

Third District—May 9, 1972.

